No. A–650 (74–952).   BLANTON, GOVERNOR OF TEN-
NESSEE, ET AL. *v.* AMERICANS UNITED FOR THE SEPARA-
TION OF CHURCH AND STATE ET AL.   D. C. M. D. Tenn. Ap-
plication for stay, presented to MR. JUSTICE STEWART,

---

*See also note, *supra,* p. 914.

and by him referred to the Court, granted pending final disposition on appeal in this Court. MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.*